Submitted on remand from the Oregon Supreme Court
March 31, petition for review dismissed May 11, 1981

OREGON BUSINESS PLANNING COUNCIL,
*Petitioner,*

*v.*

DEPARTMENT OF LAND CONSERVATION
AND DEVELOPMENT,
*Respondent.*

(CA 17502)

627 P2d 921

David G. Frost, Hillsboro, appeared for petitioner.

James M. Brown, Attorney General, Walter L. Barrie, Solicitor General, and Mary J. Deits, Assistant Attorney General, Salem, appeared for respondent.

Before Joseph, Chief Judge, and Thornton and Warden, Judges.

PER CURIAM

## PER CURIAM

This case is before us on remand from the Supreme Court, 291 Or 741, 626 P2d 350 (1981), which reversed our denial of motions to dismiss the petitions for review. Pursuant to that mandate, the petition for review in the captioned cause is dismissed.

Petition for review dismissed.